```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:21-00087

MARK BOLLING

## MEMORANDUM OPINION AND ORDER

Pending before the court is a motion for leave to withdraw as counsel filed by Federal Public Defender Wesley P. Page. (ECF No. 69.)  The court held a hearing on this motion today, May 6, 2022.

At the hearing, counsel summarized the deterioration of attorney-client communication and the defendant reiterated his desire for new counsel.  The court found that attorney-client communication had broken down to the extent that would jeopardize the preparation of an adequate defense.  The court noted that the defendant has already had two attorneys in this case and emphasized that he needed to find a way to work with his counsel to prepare a defense.  The defendant represented that he would do his best to establish a good working relationship with whomever the court may appoint.

For good cause shown, the motion to withdraw as defense counsel is **GRANTED**.  Having consulted with the CJA Supervising Attorney, Brian Yost is hereby **APPOINTED** to represent defendant. The court will hold in abeyance the pending motion to continue

(ECF No. 68), and Mr. Yost should move for a continuance if necessary.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the Office of the Federal Public Defender for the Southern District of West Virginia, the CJA Supervising Attorney, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 6th day of May, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge