```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:21-00087

MARK BOLLING


## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's twelfth motion to continue the trial for a period of approximately one month. (ECF No. 112).[*] Defendant also asks that the deadline for filing pretrial motions as well as the pretrial motions hearing, scheduled for November 16, 2022, be continued. In support of his motion and the need for a continuance, counsel for defendant contends that: 1) he has a scheduling conflict because he is scheduled to begin a trial before Judge Volk the week before the trial in this matter is scheduled; and 2) he needs additional time to prepare for this case given his involvement with the trial before Judge Volk. Counsel for the government does not oppose defendant's request for a continuance.

This case has been pending for approximately 18 months. While a trial conflict might be good reason to continue the trial to a later date, the court does not believe that defendant has set forth a sufficient reason to continue the pretrial motions

---

[*] Defendant is currently represented by his third attorney. The current counsel has filed only six of the motions to continue.

hearing. Therefore, the motion to continue is **DENIED** insofar as it seeks a continuance of the pretrial motions hearing and the deadline for filing motions. Counsel for defendant may renew his motion to continue the trial at the pretrial motions hearing if his trial conflict remains.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 2nd day of November, 2022.

ENTER:

David A. Faber
Senior United States District Judge